STATE OF NEW JERSEY v. JOHN SILEO.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED LEE WRIGHT.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. OMAR BEASLEY.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RICKY LEE PETERSON.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES MCDEVITT, JR.

November 2, 1987.

Petition for certification denied.